UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
                  **Plaintiff,**

                                                  Cr. No. 22-cr-20321
                                                  Hon. Terrance Berg

**JOSEPH INGRAM,**

                  **Defendant.**
_____/

**SANFORD PLOTKIN (P38691)**
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI  48334
248-798-5756
sanfordplotkin@gmail.com
_____/

## APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE ENTER MY APPEARANCE as counsel for and on behalf of the Defendant, Joseph Ingram, in the place of , James Earl King, Jr., and Sahar Amjad Faraj, whose consent has been obtained.

                                          **s/Sanford Plotkin**
                                          SANFORD PLOTKIN (P38691)
                                          Counsel for Def.
                                          30445 Northwestern Hwy., Ste. 225
                                          Farmington Hills, MI  48334
                                          248-798-5756
                                          sanfordplotkin@gmail.com

## CONSENT TO SUBSTITUTION OF COUNSEL

I consent to the substitution of Sanford Plotkin, as attorney for the Defendant, Joseph Ingram, in my place in this case.

                                          **s/James Earl King, Jr.**
                                          James Earl King, Jr.
                                          **s/Sahar Amjad Faraj**
                                          Sahar Amjad Faraj

Dated:  December 15, 2023

**So Ordered.**

                                                    /s/Terrence G. Berg
                                                    Hon. Terrence G. Berg
                                                    United States District Judge

Entered:  December 18, 2023